**TDI Division of Workers' Compensation**

PO Box 12050 | Austin, TX 78711 | 800-252-7031 | tdi.texas.gov/wc

> **Si prefiere hablar con una persona de habla hispana acerca de esta correspondencia o de su reclamo, sírvase llamar al 1-800-252-7031.**

April 15, 2024

AYERS & AYERS
JULIE B. TEBBETS
4205 GATEWAY DR STE 100
COLLEYVILLE, TX 76034-5936

**Appeal No:** 240220
**Docket No:** 23144472-02-A1
**Carrier No:** 002491005135WC01
**Employee:** DOMINIQUE D. BELL
**Employer:** KENAN ADVANTAGE GROUP INC

**Date of Injury:** September 24, 2022

After a review by the Appeals Panel this Notice is the decision filed with the Deputy Commissioner for Hearings regarding the matters in dispute and in response to a request for review by the Appeals Panel of the Administrative Law Judge's (ALJ's) Decision and Order. Accordingly, this constitutes notice that the ALJ's Decision and Order signed on January 12, 2024 became final on the date listed at the top of this notice under the provisions of §410.169 or §410.204 (c) of the Texas Labor Code. If the ALJ's Decision and Order became final under §410.169, a notice of untimely appeal is enclosed.

If you are not satisfied with this decision and desire to have the dispute resolved in court, then you must file a lawsuit in the appropriate district court not later than the 45th day after the date on which the Division of Workers' Compensation mailed the parties the decision of the Appeals Panel pursuant to Labor Code, Section 410.252. A copy of any such lawsuit must be filed simultaneously with the CHIEF CLERK OF PROCEEDINGS, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, P.O. BOX 12050, AUSTIN, TX 78711.

Injured employees who are not represented by an attorney may consult with an attorney of their choice for further assistance.

Sincerely,

TEXAS DEPARTMENT OF INSURANCE
DIVISION OF WORKERS' COMPENSATION

DR06 (Revised 03-22)    An Equal Opportunity Employer    EXHIBIT A

**THIS LETTER WAS ALSO SENT TO THE FOLLOWING:**

DOMINIQUE D. BELL  
4075 PASSAGE WAY  
LANCASTER, TX 75146-0148

OLD REPUBLIC INSURANCE CO  
445 S MOORLAND RD  
BROOKFIELD, WI 53005-4254

**INFORMATION COPIES WERE ALSO SENT TO:**

KENAN ADVANTAGE GROUP INC  
4366 MOUNT PLEASANT ST NW  
NORTH CANTON, OH 44720-5446



DR06 (Revised 10-17)                          An Equal Opportunity Employer

EXHIBIT A