IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DOMINIQUE BELL,                     §
                                    §
            Plaintiff,              §
                                    §
V.                                  §        No. 3:24-cv-2885-K
                                    §
KENAN ADVANTAGE GROUP, ET AL., §
                                    §
            Defendants.             §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate aJudge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed January 13th, 2025.

_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE