IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIQUE BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2885-K |
| | § | |
| KENAN ADVANTAGE GROUP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the Motion to Remand filed by Defendants Old Republic Insurance Co. and Gallagher Bassett Services, Inc. [Dkt. No. 12] is GRANTED, that the Court REMANDS this action to the 68th Judicial District Court of Dallas County.

Old Republic Insurance Co. and Gallagher Bassett Services, Inc. are AWARDED their costs and actual expenses, including reasonable attorneys' fees, under 28 U.S.C. § 1447(c). The Court REFERS the amount to be awarded to United States Magistrate Judge David L. Horan for determination or recommendation under 28 U.S.C. § 636.

SO ORDERED.

Signed January 13th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE