IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIQUE BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2885-K |
| | § | |
| KENAN ADVANTAGE GROUP, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore AWARDS Defendants Old Republic Insurance Co. and Gallagher Bassett Services, Inc. $4,482.00 in costs and actual expenses, including reasonable attorneys' fees, under 28 U.S.C. § 1447(c).

SO ORDERED.

Signed May 19th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE